UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-20966-CIV-O'SULLIVAN
[CONSENT]

REGIONS BANK,
    Plaintiff,

v.

The 62' OCEAN SPORT FISH, Hull I.D.
No. XY0011462J203, its engines, tackle,
rigging, apparel and appurtenances, etc.,
in rem, and CLASS ACTION OF SOUTH
FLORIDA and JOHN H. RUIZ, in personam,
    Defendants.
_____/

### ORDER

THIS MATTER is before the Court on the Defendants' Renewed Emergency Motion to Stay the Foreclosure Sale Set for September 22, 2014 Pending Appellate Review (DE# 104, 9/16/14). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Defendants' Renewed Emergency Motion to Stay the Foreclosure Sale Set for September 22, 2014 Pending Appellate Review (DE# 104, 9/16/14) is **GRANTED in part and DENIED in part**. Although the defendants have addressed some[1] of the requirements for obtaining a stay, they have not shown that a stay is warranted in this case or that the defendants should be exempt from posting a supersedeas bond as required by S.D. Fla. Local Rule 62.1. It is further

ORDERED AND ADJUDGED that the issue pertaining to the dingy and personal effects has not been properly briefed by the defendants. The plaintiff shall allow the defendants supervised access to the vessel to collect any personal property prior to the sale. If the defendants persist in their request to take possession of the dingy, they will

---

[1] Although the defendants acknowledge that the likelihood of success on the merits is an important factor, if not the most important factor, they do not specifically address why they are likely to succeed on appeal.

need to file a motion with supporting evidence and case law addressing which party has the burden of proof on this issue and why the defendants have standing to recover property which they state in their motion belongs to a third party.

DONE AND ORDERED in Chambers at Miami, Florida this **19th** day of September, 2014.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record