# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 15, 2015

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 14-13916-DD
Case Style: Regions Bank v. The 62' Ocean Sport Fish Hull, et al
District Court Docket No: 1:13-cv-20966-JJO

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 04/22/2015.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Elora Jackson, DD
Phone #: (404) 335-6173

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 14-13916-DD
_____

REGIONS BANK,

                                  Plaintiff - Appellee,

NWYCM CHARTERS, INC.,

                                  Intervenor Plaintiff,

versus

THE 62' OCEAN SPORT FISH HULL I.D. NO. XY001462J203,
its engines, tackle, rigging, apparel and appurtenances, etc., in rem,
CLASS ACTION OF SOUTH FLORIDA, INC.,
JOHN H. RUIZ,
in personam,

                                  Defendants - Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Class Action of South Florida, Inc., John H. Ruiz and The 62' Ocean Sport Fish Hull I.D. No. XY001462J203 has failed to file an appellant's brief and appendix within the time fixed by the rules, effective May 15, 2015.

DOUGLAS J. MINCHER
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Elora Jackson, DD, Deputy Clerk

                                                    FOR THE COURT - BY DIRECTION